1  Martin H. Kresse
   887 Island Drive, Suite 220D
2  Alameda, CA 94502
   Telephone: (510) 769-2945
3  Facsimile: (510) 865-2034

4  Attorney for Plaintiff
   SIMCO Formalwear
5
   Thomas B. Mayhew (State Bar No. 183539)
6  Heather S. Tewksbury (State Bar No. 222202)
   Farella Braun & Martel LLP
7  Russ Building
   235 Montgomery Street
8  San Francisco, CA 94104
   Telephone: (415) 954-4400
9  Facsimile: (415) 954-4480

10 Attorneys for Defendant
   ColorTek, Inc.

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIMCO Formalwear, | Case No. C-03-5270 (CW) |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |
| vs. | |
| ColorTek, Inc., | |
| Defendant. | |

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO DISMISS WITH
PREJUDICE AND [PROPOSED] ORDER       - 1 -
Case No. C-03-5270 (CW)

18527\850083.1

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 (a)(1), Plaintiff SIMCO FORMALWEAR and Defendant COLORTEK, INC. hereby stipulate to the dismissal with prejudice of this action in its entirety, with each party bearing its own fees, costs and expenses.

The Parties further stipulate that the Order and Stipulation to Dismiss Without Prejudice entered on December 14, 2004 should be vacated and request that the Court enter the below Order dismissing this matter with prejudice in its place.

DATED: November 15, 2005        LAW OFFICES OF MARTIN H. KRESSE

By: _____
Martin Kresse

Attorneys For Plaintiff
SIMCO FORMALWEAR

DATED: November 15, 2005        FARELLA BRAUN & MARTEL LLP

By: _____
Heather S. Tewksbury

Attorneys for Defendant
COLORTEK CORPORATION

## ORDER

The Order and Stipulation to Dismiss Without Prejudice entered on December 14, 2004 is vacated and the Court hereby orders, pursuant to the stipulation of the parties, that this action, including all claims and counterclaims, is dismissed with prejudice in its entirety. Each party shall bear its own fees, costs and expenses.

DATED: November __, 2005

By: _____
Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO DISMISS WITH
PREJUDICE AND [PROPOSED] ORDER        - 2 -                                18527\850083.1
Case No. C-03-5270 (CW)